UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK DIEBOLT,<br><br>         Plaintiff,<br><br>  -against-<br><br>F-STAR THERAPEUTICS, INC., et al.,<br><br>         Defendants. | Case No. 1:22-cv-05941 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated October 17, 2022, filed in response to the Court's September 22, 2022 Reassignment Order and October 13, 2022 Order. ECF No. 13.  IT IS HEREBY ORDERED that the parties shall update the Court as to the status of this case no later than **November 4, 2022.**

Dated: October 19, 2022
   New York, New York

               SO ORDERED.

               *Jennifer Rochon*
               JENNIFER L. ROCHON
               United States District Judge